**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE STEFANIE CHIGUER | Case No. 24-mc-28-APM |

## JOINT STATUS REPORT

Pursuant to the Court's March 8, 2024 Minute Order, the Press Coalition, the United States of America, and Defendant Stefanie Chiguer, through undersigned counsel, respectfully submit this Joint Status Report to "update[] the court on their efforts to resolve this matter."

### BACKGROUND

In this Miscellaneous action, the Press Coalition – 16 news organizations that have routinely sought access to records and proceedings in the Capitol riot cases for the past 3 years – moved to unseal all court records and proceedings related to the sentencing in *United States v. Chiguer*, Case No. 22-cr-25. On Wednesday, March 6, 2024, the Government filed a sealed motion for leave to file a sealed response to that access motion (the "Sealed Motion") and a sealed response brief (the "Sealed Brief"). That same day, after submitting those papers to the Court, the Government's counsel sent an unredacted "courtesy copy" of the Sealed Motion and Sealed Brief to the Press Coalition's counsel. Also that same day, the Press Coalition's counsel responded by informing the Government's counsel and Chiguer's counsel that they intended to provide the Sealed Motion and Sealed Brief to the members of the Press Coalition, but that they would provide the Government's counsel and Chiguer's counsel until close of business on Friday, March 8, 2024, to bring the matter to the Court's attention before doing so.

On Thursday, March 7, 2024, the Government informed the Press Coalition that it would seek relief from this Court, and on the morning of March 8, 2024, the Government filed a sealed emergency motion for a protective order (the "Sealed Emergency Motion") to restrain the Press

Coalition's counsel from sharing the Sealed Motion and Sealed Brief with their clients. The Press Coalition filed a response in opposition to the Sealed Emergency Motion early that afternoon, and the Court held argument on that Sealed Emergency Motion later that same day.

At the conclusion of the hearing, the Court ordered (1) that the parties meet-and-confer and file a Joint Status Report by Wednesday, March 13, 2024, to inform the Court whether the parties could resolve this matter among themselves; and (2) that the Press Coalition's counsel were restrained indefinitely from providing the Sealed Motion or the Sealed Brief to their clients. Pursuant to those orders, the parties have met and conferred and respectfully report that they have reached an agreement in principle except as to one issue discussed below.

## THE PARTIES' AGREEMENT IN PRINCIPLE

The parties, through undersigned counsel, have agreed to jointly request that the Court take the following actions with respect to sealed filings in the *United States v. Chiguer* case, each of which was presented to and considered by the Court or issued by the Court itself:

1. Unseal all of the Court's Minute Orders, including those of July 29, 2022; November 23, 2022; January 19, 2023; January 30, 2023; June 5, 2023; and June 22, 2023, but with any references to sensitive personal and mental health information redacted;

2. Unseal redacted versions of ECF Nos. 41, 42, and 45, the government's motions to continue sentencing, with all references to sensitive personal and mental health information redacted;

3. Unseal redacted versions of ECF Nos. 46-48, the government's consent motions to modify Chiguer's release conditions, ECF Nos. 46-47, and the Court's order granting that motion, ECF No. 48, with all references to sensitive personal and mental health information redacted;

4. Unseal ECF No. 49, Chiguer's notice of intent to appear remotely;

5. Unseal a redacted version of ECF No. 53, the government's sentencing memorandum, with the discussion of sensitive personal and mental health information, which appears on pages 16-17, redacted;

6. Leave sealed ECF No. 55, the defendant's sentencing memorandum and its attachments, which the Government and the defendant represent cannot be redacted effectively to protect sensitive personal and mental health information given how it is written;

7. Leave sealed ECF No. 56, the defendant's motion to temporarily unseal and transcribe a portion of her sentencing so that she could show it to her children; and

8. Unseal ECF No. 57, the judgment.

The parties have further agreed to jointly request that the Court take the following actions as to sealed filings in the instant *In re Chiguer* matter:

9. Unseal redacted versions of ECF Nos. 2-3, the government's response to the press coalition's motion to unseal, with its description of the sensitive personal and mental health information redacted; and

10. Unseal a redacted version of ECF No. 5, the government's emergency motion for a protective order, with narrow redactions conforming to the version already provided to the Press Coalition.[1]

As to ECF No. 4 in the *In re Chiguer* matter, the government's motion for leave to file under seal its emergency motion for a protective order, the Press Coalition and Government agree to the unsealing of this motion in full – *i.e.*, in the same unredacted form in which it has already been provided to the Press Coalition, *see* footnote 1 below – but Chiguer objects. If the Court seeks briefing on this issue, the parties request that the Court order that all such briefs be filed by 5:00 pm (ET) on Wednesday, March 20, 2024.

---

[1] So that the Court is aware, after submitting its sealed emergency motion and sealed motion for leave to file the emergency motion under seal, the Government's counsel provided the Press Coalition's counsel with "redacted copies" of those two filings. Based on the understanding that those "redacted copies" were the same versions of the documents that the Government would file on the public docket in this matter, the Press Coalition's counsel promptly shared those "redacted copies" with their clients. While conferring after the hearing on March 8, 2024, however, the Government's counsel informed the Press Coalition's counsel that the Government had intended for those "redacted copies" to remain sealed as well.

The Government will provide the Court, within one business day of entry of the Court's Order pursuant to this Joint Status Report, proposed redacted versions of these filings so that the Court may direct that they be entered onto the public docket.

The Press Coalition has agreed to this request subject to the following conditions. <u>First</u>, the Press Coalition maintains that the Court erred in restraining the Press Coalition's counsel from providing their clients with the Sealed Motion and Sealed Brief and does not concede that the Court's order is or was constitutional. <u>Second</u>, the Press Coalition does not concede the validity of any redactions that the Government and/or Chiguer may propose pursuant to this agreement, and, because the Press Coalition is making this agreement sight unseen as to the redacted documents, it expressly reserves the right to challenge these proposed withholdings at a future time.

## CONCLUSION

For the foregoing reasons, the Press Coalition, the United States of America, and Defendant Chiguer respectfully request that the Court enter an order granting access to sealed records in *United States v. Stefanie Chiguer* and *In re Stefanie Chiguer* as set forth above.

Dated:  March 13, 2024

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  */s/ Michael M. Gordon*
    MICHAEL M. GORDON
    Florida Bar No. 1026025
    Senior Trial Counsel, Capitol Siege Section
    Assistant United States Attorney, Detailee
    601 D St., NW
    Washington, D.C. 20530
    Telephone: (813) 274-6370
    michael.gordon3@usdoj.gov

    */s/ Jessica Arco*
    JESSICA ARCO
    D.C. Bar No. 1035204
    Trial Attorney, Detailee
    601 D St., NW
    Washington, D.C. 20530
    Telephone: 202-514-3204
    jessica.arco@usdoj.gov

*Counsel for the United States of America*

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren P. Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballarspahr.com

*Counsel for the Press Coalition*

          /s/
H. Heather Shaner, Esq. #273376
Appointed by the Court
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com

*Counsel for Defendant Stefanie Chiguer*