| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | |
| : | Case No. 24-mc-28-APM |
| STEFANIE CHIGUER, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S POSITION STATEMENT
### IN RESPONSE TO MARCH 15, 2024 MINUTE ORDER

In its Minute Order dated March 15, 2024, the Court directed the parties to provide their positions on whether ECF No. 4 (the government's Motion for Leave to File Under Seal) should be unsealed in its entirety or redacted in part. As noted in the parties' Joint Status Report, the government does not oppose the Press Coalition's request to unseal ECF No. 4 in its entirety, without redactions—i.e., in the same form it was transmitted to Press Coalition counsel, who subsequently shared it with their clients. *See* ECF No. 9 at 3.

The government understands, however, that the defendant in the underlying matter, Stefanie Chiguer, opposes unsealing ECF No. 4 in its entirety and argues that the last sentence of the motion should be redacted. The defendant has informed the government that she will file her own position statement on the matter.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                UNITED STATES ATTORNEY
                                                D.C. Bar Number 481052

By:   */s/ Michael M. Gordon*
       MICHAEL M. GORDON
       Florida Bar No. 1026025
       Senior Trial Counsel, Capitol Siege Section
       Assistant United States Attorney, Detailee

601 D St., NW
Washington, D.C. 20530
Telephone: (813) 274-6370
michael.gordon3@usdoj.gov

 /s/ Jessica Arco
JESSICA ARCO
D.C. Bar No. 1035204
Trial Attorney, Detailee
601 D St., NW
Washington, D.C. 20530
Telephone: 202-514-3204
jessica.arco@usdoj.gov