IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE STEFANIE CHIGUER | Case No. 24-mc-28-APM |

**THE PRESS COALITION'S RESPONSE IN OPPOSITION TO
CHIGUER'S SEALED MOTION FOR LEAVE TO FILE UNDER SEAL**

In this action, the Press Coalition seeks access to sealed records and proceedings related to the sentencing of Stefanie Chiguer for her participation in the Capitol riot.  Despite that effort to *increase* transparency, the docket in this matter now also contains numerous sealed filings that further litigate outside of public view.  Today, Chiguer added to that already-too-long list by filing a new sealed motion (ECF No. 12) for leave to file an unspecified sealed document (ECF No. 12-1).  If this filing is Chiguer's position statement on unsealing ECF No. 4, the Court did not invite the parties to file those documents under seal.  *See* Minute Order of March 15, 2024.[1]  The Press Coalition therefore opposes Chiguer's sealed motion and respectfully incorporates into its pending access request (ECF No. 1) that the Court also unseal Chiguer's sealed motion for leave to file under seal (ECF No. 12) and sealed exhibit thereto (ECF No. 12-1).

| | |
|---|---|
| Dated:  March 22, 2024 | Respectfully submitted, |
| | BALLARD SPAHR LLP |
| | /s/ *Charles D. Tobin*<br>Charles D. Tobin (#455593)<br>Maxwell S. Mishkin (#1031356)<br>Lauren P. Russell (#1697195)<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006<br>Tel: (202) 661-2200 | Fax: (202) 661-2299<br>tobinc@ballardspahr.com<br>mishkinm@ballardspahr.com<br>russelll@ballarspahr.com |
| | *Counsel for the Press Coalition* |

---

[1] Moreover, the Court ordered the parties to file such position statements by Wednesday, March 20, 2024.  The Press Coalition did so (ECF No. 11), as did the Government (ECF No. 10).