UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 24-mc-28 (BAH) |
| STEFANIE CHIGUER, : | |
| : | **UNDER SEAL** |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for permission to file the Government's Emergency Motion for Protective Order under seal given the sensitivity of the information contained therein. This motion and response is being filed under seal ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Michael M. Gordon
MICHAEL M. GORDON
Florida Bar No. 1026025
Senior Trial Counsel, Capitol Siege Section
Assistant United States Attorney, Detailee
601 D St., NW
Washington, D.C. 20530
Telephone: (813) 274-6370
michael.gordon3@usdoj.gov

/s/ Jessica Arco
JESSICA ARCO
D.C. Bar No. 1035204
Trial Attorney, Detailee
601 D St., NW

1

Washington, D.C. 20530
Telephone: 202-514-3204
jessica.arco@usdoj.gov