UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                                                 Case 24-mc-28 (APM)

STEFANIE CHIGUER

POSITION OF DEFENDANT

This is an unnecessary mess created by the Press Coalition's bellicose and aggressive position that they are entitled to private, sensitive and personal protected information that was inadvertently released to them by an inattentive AUSA.

Ms. Chiguer is the victim and any further release of sensitive and private information will cause personal and reputational harm to her and her family in her small town in Massachusetts.

The Government's Motion to File Under Seal, if releases unredacted will lead to increased speculation, public curiosity and reputational harm to Ms. Chiguer.

The position of the defendant is that every word of explanation gives rise to speculation and will cause harm.

Therefore, the defendant requests the lines:

"*This motion and response is being filed under seal........*"

be redacted and not released to the Press Coalition.  It's release will give rise to speculation.

Respectfully submitted,

_____/s/_____
H. Heather Shaner #273276
Appointed by the Court for Stefanie Chiguer
1702 S St.  N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com